IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC**<br><br>    *Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>    *Defendants.* | Case No. 1:25-cv-13480 |

**PLAINTIFF POPILUSH LLC'S NOTICE OF VOLUNTARY DISMISSAL OF SELLER ALIAS NO. 9 PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Popilush LLC, by and through its undersigned counsel, hereby dismisses its claims in full in the above-captioned lawsuit against the following Partnerships and Unincorporated Associations identified in Schedule A. *See* Dkt. 1-1.

| Seller Alias No. | Seller Alias |
|---|---|
| 9 | White Clouds Clothing |

Dated: February 11, 2026  /s/ Wade Weaver
Wade Weaver
wweaver@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

Gary M. Hnath (*pro hac vice*)
ghnath@mayerbrown.com
Wm. Brady Nash (*pro hac vice*)
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: (202) 263-3040

*Counsel for Plaintiff Popilush LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, a true and correct copy of the foregoing document was electronically filed through the Court's CM/ECF system with notice of case activity automatically generated and sent electronically to counsel of record.

*/s/ Wm. Brady Nash*
Wm. Brady Nash (*pro hac vice*)
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: (202) 263-3040